**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Joseph Paul YOUNG, Defendant—**
**Appellant.**

No. 12–7000.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 2, 2012.

Joseph Paul Young, Appellant Pro Se. Lisa Grimes Johnston, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Paul Young appeals the district court's orders adopting the recommenda-tion of the magistrate judge and denying Young's motion for appointment of counsel and for an evidentiary hearing into his allegations that the Government breached his plea agreement, and denying Young's subsequent motion for a certificate of appealability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Young,* Nos. 2:08–cr–00226–1; 2:12–cv–00002 (S.D.W.Va. Jan. 3, 2012, May 24, 2012). We also deny Young's motion for reconsideration of the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*